**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



| | |
|---|---|
| MELVIN ROBERTO PALMA SANDOVAL,<br><br>Petitioner,<br><br>v.<br><br>LORETTA E. LYNCH, Attorney General,<br><br>Respondent. | No. 12-71022<br><br>Agency No. A096-353-209<br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 22, 2015[**]

Before:     HAWKINS, GRABER, and W. FLETCHER, Circuit Judges.

Melvin Roberto Palma Sandoval, a native and citizen of El Salvador,

petitions for review of the Board of Immigration Appeals' ("BIA") denial of his

motion to reopen removal proceedings.  We have jurisdiction under 8 U.S.C.

§ 1252.  We review for abuse of discretion the denial of a motion to reopen.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

*Najmabadi v. Holder*, 597 F.3d 983, 986 (9th Cir. 2010).  We deny the petition for review.

The BIA did not abuse its discretion in denying Palma Sandoval's untimely motion to reopen, *see* 8 C.F.R. § 1003.2(c)(2), because it considered the record and acted within its broad discretion in determining that the evidence was insufficient to demonstrate prima facie eligibility for the relief sought, *see Najmabadi*, 597 F.3d at 986 (BIA may deny a motion to reopen based on failure to show prima facie eligibility for the relief sought); *see also Zetino v. Holder*, 622 F.3d 1007, 1016 (9th Cir. 2010) (petitioner's "desire to be free from harassment by criminals motivated by theft or random violence by gang members bears no nexus to a protected ground").  We reject Palma Sandoval's contention that the BIA did not give full and fair consideration to the evidence.  *See Najmabadi*, 597 F.3d at 990-91.  In light of these conclusions, we reject Palma Sandoval's contention that remand is required under *Perdomo v. Holder*, 611 F.3d 662 (9th Cir. 2010).

**PETITION FOR REVIEW DENIED.**

12-71022